UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 5:26-cv-05895-JFW-SK Date: November 11, 2026

Title Alex Ivan Guevara Galindo v. Acting or Current Warden, et al.

Present: The Honorable: Steve Kim, United States Magistrate Judge

| A. Silva-Elder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER FOR PETITIONER TO SHOW CAUSE**

Petitioner, a detainee at the Adelanto ICE Processing Center, filed this petition under 28 U.S.C. § 2241 on October 2, 2026. He contends that he is detained under 8 U.S.C. § 1226(a) and that his detention without a bond hearing violates the Fifth Amendment, the Immigration and Nationality Act (INA), and the Administrative Procedure Act. He seeks release or a bond hearing. Respondents oppose release but state that they are not opposing a bond hearing "at this time." No reply by petitioner has been filed.

Petitioner was convicted on May 1, 2026, in the Western District of Texas, for transportation of illegal aliens under 8 U.S.C. § 1324(a)(1)(A)(ii). The notice to appear thus charges petitioner with removability under INA § 237(a)(2)(A)(iii), 8 U.S.C. § 1227(a)(2)(A)(iii), as an alien convicted of an aggravated felony defined in INA § 101(a)(43)(N). Section 1226(c)(1)(B) mandates the detention of an alien who "is deportable by reason of having committed any offense covered in section 1227(a)(2)(A)(ii), (A)(iii), (B), (C), or (D)." In other words, as a criminal alien, petitioner is not eligible for release on bond under § 1226(a). *See Jennings v. Rodriguez*, 583 U.S. 281, 303–04 (2018); *see also Demore v. Kim*, 538 U.S. 510, 531 (2003) (upholding mandatory § 1226(c) detention of a lawful permanent resident).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. | 5:26-cv-05895-JFW-SK — Date: November 11, 2026 |
| Title | Alex Ivan Guevara Galindo v. Acting or Current Warden, et al. |

* * *

For this reason, within 14 days of this order, petitioner shall show cause in writing why his § 2241 petition should not be denied on the ground that he is subject to mandatory detention under 8 U.S.C. § 1226(c). Petitioner may satisfy this show-cause order by filing a notice voluntarily dismissing this petition without prejudice. But if petitioner files no timely response or notice of voluntary dismissal, this action may be dismissed involuntarily—with no further warning—for lack of prosecution and failure to obey court orders. *See* Fed. R. Civ. P. 41(b); Local Civil Rule 41-1.

IT IS SO ORDERED.